# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3769

_____

| | | |
|---|---|---|
| George Brown, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Lonnie Salts, Lt.; Joe Rosenburg, Sgt.; | * | Appeal from the United States |
| Michael Bowersox, Supt.; Bradley W. | * | District Court for the |
| Gibson, Sgt.; Greg Conway, Lt.; | * | Eastern District of Missouri. |
| Timothy E. Pettus, Sgt.; Charles | * | |
| Chandler, Officer; Mark S. Browers, | * | [UNPUBLISHED] |
| CO 1; Robert Rector; Marilyn | * | |
| Rosenberg; Cindy Brewer, also known | * | |
| as Cindy Aldridge, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 27, 1999

Filed: June 10, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

George Brown appeals the district court's[1] order granting summary judgment to defendants in his 42 U.S.C. § 1983 action, in which he claimed that various defendants conspired to assault him, used excessive force in moving him to another cell, failed to take corrective action, and were deliberately indifferent to his medical needs. Upon de novo review of the record and the parties' briefs, we conclude summary judgment was proper. We also reject as meritless Mr. Brown's additional arguments on appeal that the district court erred by considering his deposition, refusing to appoint him counsel, not ordering him to amend his complaint, and refusing him a continuance to obtain affidavits.

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.